UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BURTON, EDWARD R. and | § | Case No. 09-14327 |
| BURTON, TERRY A. | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 29, 2010 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  06/24/2010                    By:  /s/ Richard M. Fogel
                                               Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 1}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BURTON, EDWARD R. | § | Case No. 09-14327 |
| BURTON, TERRY A. | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 18,705.53 |
| *and approved disbursements of* | $ 8,203.49 |
| *leaving a balance on hand of* [1] | $ 10,502.04 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                                  N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | RICHARD M. FOGEL | $ 2,224.32 | $ 15.62 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $172,550.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 11P | Internal Revenue Service | $ 172,550.96 | $ 8,262.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,026,680.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of | $ 45,692.50 | $ 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 12,239.57 | $ 0.00 |
| 5 | American Express Travel Related Services Co Inc | $ 405,707.64 | $ 0.00 |
| 6-2 | Emerald City Trading PTY Ltd. | $ 110,269.35 | $ 0.00 |
| 7 | Chase Bank USA | $ 43,235.28 | $ 0.00 |
| 8 | Emerald City Trading PTY Ltd. | $ 110,269.35 | $ 0.00 |
| 9 | American Express Bank FSB | $ 42,425.93 | $ 0.00 |
| 10 | American Express Bank FSB | $ 25,010.28 | $ 0.00 |
| 11U | Internal Revenue Service | $ 9,066.83 | $ 0.00 |
| 12 | Clover Technologies | $ 505,564.06 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | Allowed | Proposed |
|---|---|---|---|
| 13 | North Shore Community Bank and Trst | $ 32,000.00 | $ 0.00 |
| 14 | Harris N.A. | $ 649,893.34 | $ 0.00 |
| 18 | LEAF Funding, Inc. | $ 35,306.26 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 729.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 17 | Chase Bank USA, NA | $ 729.06 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                 Page 1 of 2                   Date Rcvd: Jun 25, 2010
Case: 09-14327                 Form ID: pdf006              Total Noticed: 54

The following entities were noticed by first class mail on Jun 27, 2010.
db/jdb        +Edward R. Burton,    Terry A. Burton,    820 Livingston Lane,    Inverness, IL 60010-6433
aty           +Alex Pirogovsky,    Pirogovsky Fremderman, Ltd.,    3100 Dundee Road,    Suite 507,
                Northbrook, IL 60062-2449
tr            +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
                Chicago, IL 60654-4766
13816540      +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
13886935      +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
14186967       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
14106184       American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
                Malvern  PA 19355-0701
13816541      +Associated Bank N A,    c/o Stephen A. Snakard, Esq.,    180 N. LaSalle St., Ste. 1400,
                Chicago, IL 60601-2602
13816542      +Bank Of America,    PO Box 17054,    Wilmington, DE 19850-7054
13886938      +Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
13886939      +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
14156217      +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13886940      +Capital One,    PO Box 105474,    Atlanta, GA 30348-5474
13816543      +Capital One, N.A.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
13816544      +Cbna,    1000 Technology Dr,    O Fallon, MO 63368-2239
13886944      +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13816545      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14454958       Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
13816546      +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
13886946     +++Clover Technologies,    c/o Arnold H. Landis P.C,    77 W. Washington Ste 702,
                Chicago, IL 60602-3267
13816547      +Countrywide Home Loans,    450 American St,    Simi Valley, CA 93065-6285
13886948      +Dugan & Lopatka,    104 E. Roosevelt Road,    Wheaton, IL 60187-5267
14142451      +Emerald City Trading PTY Ltd.,    C/O Johnson & Newby, LLC,    39 S. LaSalle St., Suite 820,
                Chicago, IL 60603-1616
13816548      +Fox River Bk,    241 East Jefferson,    Burlington, WI 53105-1439
13816549      +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
13816550      +HD Imaging, Inc.,    c/o Pittacora & Crotty, LLC,    1928 West Fulton, Suite 201,
                Chicago, IL 60612-2404
13816551      +HSBC Carsn,    PO Box 15521,    Wilmington, DE 19850-5521
14428961      +Harris N.A.,    Attn: Steve Kloberdanz,    111 W. Monroe FL 11W,    Chicago, IL 60603-4096
13886951      +Harris, N.A. c/o Joseph P. Lombardo,    Chapman & Cutler LLP,    111 W. Monroe St.,
                Chicago, IL 60603-4080
13816552     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
                100 W. Randolph St.,    Chicago, IL 60601)
13816553     +++Internal Revenue Service,    P O Box 21125,    Philadelphia, PA 19114
13886954     +++Internal Revenue Service,    P O Box 21126,    Philadelphia, PA 19114-0326
14441993      +Joseph Sulkson,    c/o United States Department of Labor, E,    200 West Adams, Suite 1600,
                Chicago, IL 60606-5228
13886955       Leaf,    PO Box 644006,    Cincinnati, OH 45264-4006
13886956      +Michael L. Sherman, Esq.,    120 S. LaSalle Street,    Suite 1460,    Chicago, IL 60603-3575
13886957      +Moneris Solutions c/o Michael Krebs,     Woodfield Corporate Center,
                150 N. Martingale Rd., Suite 900,    Schaumburg, IL 60173-2081
13816554      +North Shore Community Bank and Trst,    c/o Patrick G. Cooke, Esq.,
                150 S. Wacker Dr., Suite 1500,    Chicago, IL 60606-4201
13886962      +PRH Holdings, LLC,    1740 W. Belmont Ave.,    Unit 2R,    Chicago, IL 60657-3059
14087443      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13816555      +Park National Bank,    28 Madison St,    Oak Park, IL 60302-4230
13886960      +Park National Bank,    PO Box 4000,    Oak Park, IL 60303-4000
13816556      +Premier Recycling Solutions, Inc.,    c/o Pittacora & Crotty, LLC,    1928 West Fulton, Suite 201,
                Chicago, IL 60612-2404
13886963      +Receivable Management Services,    4836 Brecksville Road,    PO Box 523,    Richfield, OH 44286-0523
13886964      +Robert M. Stark,    1126 W. George St.,    Chicago, IL 60657-4314
13886965      +Spectrum-Roosevelt, LLC,    c/o Stephen Barron,    5000 W. Roosevelt Road,    Chicago, IL 60644-1474
13816557      +Sst Jpmc,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13816558      +State Bank Of The Lake,    440 Lake St,    Antioch, IL 60002-1478
13816559      +T.T.I. International, Inc.,    c/o Pittacora & Crotty, LLC,    1928 West Fulton, Suite 201,
                Chicago, IL 60612-2404
13816560      +Unvl Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
13846301      +Volvo,    P O Box 537950,    Livonia MI 48153-7950
13816561      +Volvo Finance Na,    PO Box 542000,    Omaha, NE 68154-8000
13816563      +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463

The following entities were noticed by electronic transmission on Jun 25, 2010.
14450137      +E-mail/Text: sjandron@leaf-financial.com                             Leaf Funding Inc,
                300 Outlet Pointe Blvd,    Suite #300,    Columbia, SC 29210-5658
13816562      +E-mail/Text: Bankruptcy-Notifications@we-energies.com                             Wisconsin Electric,
                333 W Everett Pob 2046,    Milwaukee, WI 53201-2046
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13886933      bk1{CreditorAdresMatrix}bk{
```

```
District/off: 0752-1          User: dramey              Page 2 of 2              Date Rcvd: Jun 25, 2010
Case: 09-14327                Form ID: pdf006           Total Noticed: 54

13886934*       +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
13886936*       +Associated Bank, N.A.,    c/o Stephen A. Snakard, Esq.,    180 N. LaSalle St., Ste. 1400,
                  Chicago, IL 60601-2602
13886937*       +Bank Of America,    PO Box 17054,    Wilmington, DE 19850-7054
13886941*       +Capital One, N.A.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
13886942*       +Cbna,    1000 Technology Dr,    O Fallon, MO 63368-2239
13886943*       +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13886945*       +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
13886947*       +Countrywide Home Loans,    450 American St,    Simi Valley, CA 93065-6285
13886949*       +Fox River Bk,    241 East Jefferson,    Burlington, WI 53105-1439
13886950*       +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
13886952*       +HD Imaging, Inc.,    c/o Pittacora & Crotty, LLC,    1928 West Fulton, Suite 201,
                  Chicago, IL 60612-2404
13886953*      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                 (address filed with court: Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
                  100 W. Randolph St.,    Chicago, IL 60601)
13886958*       +North Shore Community Bank and Trst,    c/o Patrick G. Cooke, Esq.,
                  150 S. Wacker Dr., Suite 1500,    Chicago, IL 60606-4201
13886959*       +Park National Bank,    28 Madison St,    Oak Park, IL 60302-4230
13886961*       +Premier Recycling Solutions, Inc.,    c/o Pittacora & Crotty, LLC,    1928 West Fulton, Suite 201,
                  Chicago, IL 60612-2404
13886966*       +Sst/Jpmc,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13886967*       +State Bank Of The Lake,    440 Lake St,    Antioch, IL 60002-1478
13886968*       +T.T.I. International, Inc.,    c/o Pittacora & Crotty, LLC,    1928 West Fulton, Suite 201,
                  Chicago, IL 60612-2404
13886969*       +Unvl/Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
13886970*       +Volvo Finance Na,    PO Box 542000,    Omaha, NE 68154-8000
13886971*       +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
                                                                                               TOTALS: 1, * 21

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2010**         **Signature:**    _Joseph Speetjens_